UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA ANNE CHABOT,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 24-cv-07166-TLT<br><br>**ORDER OF DISMISSAL** |

Theresa Anne Chabot, a prisoner at Federal Correctional Institution in Pekin, Illinois, who was previously incarcerated at the Dublin Satellite Prison Camp, sent a letter to the court which, in an effort to protect her rights, was filed as a new civil rights case. Plaintiff has informed the Court that she did not intend to file a new civil rights case. ECF 6. This case is therefore dismissed as entered in error and no fee is due. The Clerk shall enter a separate judgment, terminate all pending motions, and close the file.

**IT IS SO ORDERED.**

Dated: December 2, 2024

_____
TRINA L. THOMPSON
United States District Judge